United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ronald Albert Bostdorf  
Candice Jo Bostdorf  
    Debtors

Case No. 24-02412-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 28, 2024      Form ID: ntcnfhrg      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Albert Bostdorf, Candice Jo Bostdorf, 33 Persian Lilac Drive, Etters, PA 17319-9308 |
| 5655599 | + | West Shore Surgery Center, 2015 Technology Parkway, Mechanicsburg, PA 17050-9414 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5655558 | + | Email/Text: bncnotifications@pheaa.org | Oct 28 2024 18:45:00 | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5655559 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 28 2024 18:52:13 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5655560 | + | Email/Text: bncnotifications@pheaa.org | Oct 28 2024 18:45:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5655566 | + | Email/Text: BKPT@cfna.com | Oct 28 2024 18:45:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5657912 | | Email/Text: BKPT@cfna.com | Oct 28 2024 18:45:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5655564 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2024 18:52:36 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 5655565 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2024 19:02:51 | Cbusasears, Attn: Bnakruptcy, Po Box790040, St Louis, MO 63179-0040 |
| 5655567 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2024 19:02:43 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790040, St Louis, MO 63179-0040 |
| 5655568 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2024 18:52:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5655569 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2024 18:46:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5655570 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2024 18:46:00 | Comenity Bank/Value City Furniture, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5655571 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2024 18:46:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5655572 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2024 18:46:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5655573 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2024 18:46:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 5655574 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 28 2024 18:51:56 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 5655577 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2024 19:02:53 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 5655575 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 28 2024 18:52:11 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 5655576 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 28 2024 18:45:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5655581 | + | Email/Text: Unger@Members1st.org | Oct 28 2024 18:45:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |
| 5655579 | + | Email/Text: Unger@Members1st.org | Oct 28 2024 18:45:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camp hill, PA 17001-8893 |
| 5655587 | ^ | MEBN | Oct 28 2024 18:45:26 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 5655590 | + | Email/Text: bankruptcynotices@psecu.com | Oct 28 2024 18:46:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5655588 | + | Email/PDF: ebnotices@pnmac.com | Oct 28 2024 18:52:35 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5655593 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2024 18:51:46 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5655595 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2024 18:51:48 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5655596 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2024 18:52:30 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5655597 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 28 2024 18:45:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 5655598 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 28 2024 18:46:00 | Us Bank Na Retail Le, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-2511 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5655561 | *+ | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5655562 | *+ | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5655563 | *+ | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5655578 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 5655582 | *+ | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |
| 5655583 | *+ | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |
| 5655584 | *+ | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |
| 5655585 | *+ | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |
| 5655586 | *+ | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |
| 5655580 | *+ | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camp hill, PA 17001-8893 |
| 5655591 | *+ | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5655592 | *+ | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5655589 | *+ | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5655594 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Chad J. Julius | on behalf of Debtor 2 Candice Jo Bostdorf cjulius@ljacobsonlaw.com<br>egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 1 Ronald Albert Bostdorf cjulius@ljacobsonlaw.com<br>egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Ronald Albert Bostdorf, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:24−bk−02412−HWV |
| Candice Jo Bostdorf, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**November 27, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: December 4, 2024 <br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 28, 2024 |

ntcnfhrg (08/21)