IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYNVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RONALD ALBERT BOSTDORF, | : | |
| CANDICE JO BOSTDORF, | : | CASE NO: 1:24-bk-02412-HWV |
|     Debtor(s) | : | |

## CERTIFICATE OF SERVICE

    I, Chad J. Julius, with the firm of Jacobson, Julius & Harshberger hereby certify that on March 24, 2025, a true and correct copy of the ORDER CONFIRMING AMENDED CHAPTER 13 PLAN, pursuant to L.B.R 2002-1(e), was served by electronic means and/or first-class mail, postage prepaid on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

By: /s/ Chad J. Julius
Chad J. Julius

Date: March 24, 2025

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    AES/PHEAA
0314-1                                   Sylvia H. Rambo US Courthouse            Attn: Bankruptcy
Case 1:24-bk-02412-HWV                   1501 N. 6th Street                       Po Box 2461
Middle District of Pennsylvania          Harrisburg, PA 17102-1104                Harrisburg, PA 17105-2461
Harrisburg
Mon Mar 24 13:56:24 EDT 2025

Affirm, Inc.                             American Education Services              American Education Services
Attn: Bankruptcy                         Attn: Bankruptcy                         PO Box 65093
650 California St, Fl 12                 Po Box 2461                              Baltimore, Maryland 21264-5093
San Francisco, CA 94108-2716             Harrisburg, PA 17105-2461


CFNA                                     CREDIT FIRST NA                          Cbna
Attn: Bankruptcy                         PO BOX 818011                            Attn: Centralized Bankruptcy/Citicorp
Po Box 81315                             CLEVELAND, OH 44181-8011                 Po Box 790034
Cleveland, OH 44181-0315                                                          St Louis, MO 63179-0034


Cbusasears                               Citibank                                 Citibank N.A.
Attn: Bnakruptcy                         Citicorp Credit Srvs/Centralized Bk dept Citibank, N.A.
Po Box790040                             Po Box 790040                            5800 S Corporate Pl
St Louis, MO 63179-0040                  St Louis, MO 63179-0040                  Sioux Falls, SD  57108-5027


Citibank/The Home Depot                  Comenity Bank/Bon Ton                    Comenity Bank/Value City Furniture
Citicorp Cr Srvs/Centralized Bankruptcy  Attn: Bankruptcy                         Attn: Bankruptcy
Po Box 790040                            Po Box 182125                            Po Box 182125
St Louis, MO 63179-0040                  Columbus, OH 43218-2125                  Columbus, OH 43218-2125


Comenity/Big Lots                        Comenity/MPRC                            ComenityCapital/Boscov
Attn: Bankruptcy Dept                    Attn: Bankruptcy                         Attn: Bankruptcy Dept
Po Box 182125                            Po Box 182125                            Po Box 182125
Columbus, OH 43218-2125                  Columbus, OH 43218-2125                  Columbus, OH 43218-2125


(p)DELL FINANCIAL SERVICES               JPMorgan Chase Bank, N.A.                Jpmcb
P O BOX 81577                            s/b/m/t Chase Bank USA, N.A.             MailCode LA4-7100
AUSTIN TX 78708-1577                     c/o Robertson, Anschutz, Schneid,        700 Kansas Lane
                                         Crane & Partners, PLLC                   Monroe, LA 71203-4774
                                         6409 Congress Avenue, Suite 100
                                         Boca Raton, FL 33487-2853

Kohl's                                   (p)DSNB MACY S                           Members 1st FCU
Attn: Credit Administrator               CITIBANK                                 Attn: Bankruptcy
Po Box 3043                              1000 TECHNOLOGY DRIVE MS 777             Po Box 8893
Milwaukee, WI 53201-3043                 O FALLON MO 63368-2239                   Camp Hill, PA 17001-8893


Members 1st FCU                          National Collegiate Student Loan Trust 2003- National Collegiate Student Loan Trust 2005-
Attn: Bankruptcy                         Po Box 4275                              Po Box 4275
Po Box 8893                              Norcross, GA 30091-4275                  Norcross, GA 30091-4275
Camp hill, PA 17001-8893


National Enterprise Systems              PSECU                                    PSECU
29125 Solon Road                         Attention: Bankruptcy                    PO BOX 67013
Solon, OH 44139-3442                     Po Box 67013                             HARRISBURG, PA 17106-7013
                                         Harrisburg, PA 17106-7013
```

| | | |
|---|---|---|
| PennyMac Loan Services, LLC<br>Attn: Correspondence Unit<br>Po Box 514387<br>Los Angeles, CA 90051-4387 | PennyMac Loan Services, LLC.<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/HHGregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Toyota Financial Services<br>Attn: Bankruptcy<br>Po Box 259001<br>Plano, TX 75025-9001 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| Us Bank Na Retail Le<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-2511 | West Shore Surgery Center<br>2015 Technology Parkway<br>Mechanicsburg, PA 17050-9414 | Candice Jo Bostdorf<br>33 Persian Lilac Drive<br>Etters, PA 17319-9308 |
| Chad J. Julius<br>Jacobson, Julius & Harshberger<br>8150 Derry Street<br>Harrisburg, PA 17111-5212 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Ronald Albert Bostdorf<br>33 Persian Lilac Drive<br>Etters, PA 17319-9308 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services<br>Attn: Bankruptcy<br>P.O. Box 81577<br>Austin, TX 78708 | Macy's/ DSNB<br>Atytn: Bankruptcy<br>701 E. 60th Street North<br>Sioux Falls, SD 57104 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients 44
Bypassed recipients 1
Total 45

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ronald Albert Bostdorf,  
**Debtor 1**

Candice Jo Bostdorf,  
**Debtor 2**

Chapter 13

Case No. 1:24-bk-02412-HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on February 10, 2025. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 20, 2025

orcnfpln(05/18)